UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WinRed, Inc., | Court File No. 0:21-cv-01575 (JRT/BRT) |
| Plaintiff, | |
| vs. | **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Keith Ellison, in his official capacity as Attorney General for the State of Minnesota; Letitia James, in her official capacity as Attorney General for the State of New York; William Tong, in his official capacity as Attorney General for the State of Connecticut; and Brian Frosh, in his official capacity as Attorney General for the State of Maryland, | |
| Defendants. | |

Defendants, Keith Ellison, in his official capacity as Attorney General for the State of Minnesota, Letitia James, in her official capacity as Attorney General for the State of New York, William Tong, in his official capacity as Attorney General for the State of Connecticut, and Brian Frosh, in his official capacity as Attorney General for the State of Maryland, move the Court to dismiss Plaintiff's Complaint for lack of personal jurisdiction and failure to state a claim. This motion is made pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served with this motion.

Dated: July 29, 2021

Respectfully submitted,

KEITH ELLISON
Attorney General

State of Minnesota


s/ James W. Canaday
JAMES W. CANADAY
Deputy Attorney General
Atty. Reg. No. 030234X

JASON MARISAM
Assistant Attorney General
Atty. Reg. No. 0398187

ERIN E. CONTI
Assistant Attorney General
Atty. Reg. No. 0395304

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1421 (Voice)
(651) 296-9663 (Fax)
james.canaday@ag.state.mn.us
jason.marisam@ag.state.mn.us
erin.conti@ag.state.mn.us

ATTORNEYS FOR DEFENDANT
ATTORNEY GENERAL KEITH ELLISON, IN HIS
OFFICIAL CAPACITY

LETITIA JAMES,
Attorney General of the State of New York

By:    /s/ Jane M. Azia
Jane M. Azia, Esq. (NY Bar No. 1539600)*
jane.azia@ag.ny.gov
Laura J. Levine, Esq. (NY Bar No. 2337368)*
laura.levine@ag.ny.gov
Mark Ladov, Esq. (NY Bar No. 4477550)*
mark.ladov@ag.ny.gov
Consumer Frauds and Protection Bureau
28 Liberty Street, 20th Floor
New York 10005
Phone: (212) 416-8622

2

Attorneys for Defendant Letitia James in her official capacity as Attorney General of New York
*Pro hac vice motions pending

WILLIAM TONG,
General for the State of Connecticut

By:  /s/ Jonathan J. Blake_____
Jonathan J. Blake (CT Juris No. 426816)
jonathan.blake@ct.gov
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Phone: (860) 808-5400
Attorney for Defendant William Tong in his official capacity as Attorney General of Connecticut
*Pro hac vice motion pending

BRIAN FROSH
Attorney General for the State of Maryland

By:  /s/ Andrea W. Trento_____
Andrea W. Trento (Md. CPF No. 0806170247)*
atrento@oag.state.md.us
Assistant Attorney General
Maryland Office of the Attorney General
200 St. Paul Plaza
Baltimore, Maryland 21202
Phone: (410) 576-6472
Attorneys for Defendant Brian Frosh in his official Capacity as Attorney General of Maryland
*Pro hac vice motion pending