UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WinRed, Inc., | Court File No. 0:21-cv-01575 (JRT/BRT) |
| Plaintiff, | |
| vs. | **RULE 7.1(f) CERTIFICATE** |
| Keith Ellison, in his official capacity as Attorney General for the State of Minnesota; Letitia James, in her official capacity as Attorney General for the State of New York; William Tong, in his official capacity as Attorney General for the State of Connecticut; and Brian Frosh, in his official capacity as Attorney General for the State of Maryland, | |
| Defendants. | |

I, James Canaday, certify that the Memorandum titled *Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction* complies with Local Rule 7.1(f). I further certify that, in preparation of this document, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. Finally, I certify that the above referenced Memorandum contains 2,728 words.

Dated: September 2, 2021         Respectfully submitted,

                                 KEITH ELLISON
                                 Attorney General
                                 State of Minnesota

s/ James W. Canaday
JAMES W. CANADAY
Deputy Attorney General
Atty. Reg. No. 030234X

JASON MARISAM
Assistant Attorney General
Atty. Reg. No. 0398187

ERIN E. CONTI
Assistant Attorney General
Atty. Reg. No. 0395304

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1421 (Voice)
(651) 296-9663 (Fax)
james.canaday@ag.state.mn.us
jason.marisam@ag.state.mn.us
erin.conti@ag.state.mn.us

ATTORNEYS FOR DEFENDANT
ATTORNEY GENERAL KEITH ELLISON, IN HIS OFFICIAL CAPACITY

LETITIA JAMES,
Attorney General of the State of New York

By: s/ Jane M. Azia
Jane M. Azia, Esq. (NY Bar No. 1539600)*
jane.azia@ag.ny.gov
Laura J. Levine, Esq. (NY Bar No. 2337368)*
laura.levine@ag.ny.gov
Mark Ladov, Esq. (NY Bar No. 4477550)*
mark.ladov@ag.ny.gov
Consumer Frauds and Protection Bureau
28 Liberty Street, 20th Floor
New York 10005
Phone: (212) 416-8622
Attorneys for Defendant Letitia James in her official capacity as Attorney General of New York
*Admitted *pro hac vice*

2

WILLIAM TONG,
General for the State of Connecticut

By: /s/ Jonathan J. Blake
Jonathan J. Blake (CT Juris No. 426816)
jonathan.blake@ct.gov
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Phone: (860) 808-5400
Attorney for Defendant William Tong in his official capacity as Attorney General of Connecticut
*Admitted *pro hac vice*

BRIAN FROSH
Attorney General for the State of Maryland

By: /s/ Andrea W. Trento
Andrea W. Trento (Md. CPF No. 0806170247)*
atrento@oag.state.md.us
Assistant Attorney General
Maryland Office of the Attorney General
200 St. Paul Plaza
Baltimore, Maryland 21202
Phone: (410) 576-6472
Attorneys for Defendant Brian Frosh in his official capacity as Attorney General of Maryland
*Admitted *pro hac vice*

3