**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| WINRED, INC.<br><br>     Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity as Attorney General for the State of Minnesota; LETITIA JAMES, in her official capacity as Attorney General for the State of New York; WILLIAM TONG, in his official capacity as Attorney General for the State of Connecticut; and BRIAN FROSH, in his official capacity as Attorney General for the State of Maryland,<br><br>     Defendants. | Court File No.: 21-cv-1575 JRT/BRT<br><br><br>**LR 7.1(f) CERTIFICATE OF COMPLIANCE** |

  I, Thomas H. Boyd, certify that WinRed, Inc.'s Reply in Support of its Motion for a Preliminary Injunction complies with Local Rule 7.1(f).

  I further certify that, in preparation of the above document, I used the following word processing program and version: <u>Word 2019</u> and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

  I further certify that the above document contains the following number of words: <u>3,728.</u>

Dated: September 2, 2021

*s/ Thomas H. Boyd*
Thomas H. Boyd (MN Bar No. 200517)
Kyle R. Kroll (MN Bar No. 398433)
WINTHROP & WEINSTINE, P.A.
3500 Cappella Tower
225 South Sixth Street
Minneapolis, MN 55402-4629
tboyd@winthrop.com
kkroll@winthrop.com
(612) 604-6400

Jason Torchinsky (DC Bar No. 976033)*
Edward M. Wenger (DC Bar No. 1001704)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N. Street N.W., Ste. 643-A
Washington, D.C. 20037
jtorchinsky@holtzmanvogel.com
emwenger@holtzmanvogel.com
(202) 737-8808
*Admitted *pro hac vice*

*Counsel for Plaintiff WinRed, Inc.*

22425736v1